IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>KEANNA SMITH,<br><br>         Defendant. | **Case No.:** CR 20–0357 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

With the concurrence of U.S. Probation Officer Razan Ghishan, the parties stipulate and jointly request that the status hearing regarding alleged violations of supervised release by Defendant Keanna Smith, currently set in the above-captioned hearing for June 22, 2023, be continued to July 20, 2023. In light of the revised Form 12, the parties are seeking additional time to work with the Probation Officer in determining whether a resolution can be reached. Accordingly, the parties stipulate and jointly request that the June 22 hearing be continued to July 20, 2023, at 9:00 a.m.

IT IS SO STIPULATED.

| June 20, 2023 | ISMAIL RAMSEY |
| Dated | United States Attorney |
| | Northern District of California |

         /S
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

| June 20, 2023 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

         /S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

6/20/2023
Dated

EDWARD M. CHEN
United States District Judge